Indian River St. Bk. v. Continental Ins. Co.—Opinion of Court.

with law.   The costs of this appellate proceeding to be
taxed against the defendant in error.

INDIAN RIVER STATE BANK, A CORPORATION, *Plaintiff in
Error,* v. CONTINENTAL INSURANCE COMPANY, *Defend-
ant in Error.*

This case was decided by Division A.

Writ of error to the Circuit Court for Brevard county.

*Geo. M. Robbins* and *Geo. P. Raney* for plaintiff in
error.

*A. W. Cockrell & Son* for defendant in error.

PER CURIAM.—The above stated cause coming on for
final disposition before Division A of the court upon the
transcript of record and briefs and arguments of counsel for
the respective parties, after due consideration the court finds
that the case made in the transcript of record is substantially
the same in all material particulars as that of the Indian
River State Bank as plaintiff in error against the Hartford
Fire Insurance Company, as defendant in error decided by
written opinion by Division A of the court at the present
term, in which substantially the same questions were pre-
sented as are involved in the present case, and that what is
said in that case is fully decisive of the questions presented
in this case.   It is, therefore, hereby considered, ordered and
adjudged that the judgment of the Circuit Court in this
cause be, and the same is hereby reversed with directions to
overrule the demurrer of the defendant insurance company
to the last amended declaration of the plaintiff below, the
Indian River State Bank, and to sustain the demurrer of the
said plaintiff to the pleas of the defendant in all such par-

344      SUPREME COURT OF FLORIDA,

Indian R. St. Bk. v. Springfield F. & M. Ins. Co.—Opinion of Court.

ticulars wherein such pleas may be inconsistent with the views expressed in the said opinion of this court in the said case of the *Indian River State Bank v. The Hartford Fire Insurance Company* herein above referred to, and for such further proceedings as shall be consonant with law. The costs of this appellate proceeding to be taxed against the defendant in error.